Case 2:11-cv-00102-URC   Document 5   Filed 03/01/11   Page 1 of 1   Page ID #:14

1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-0102 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Robert L. Mitchell, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert L. Mitchell, in the principal amount of $1,323.74 plus interest accrued to January 3, 2011, in the sum of $1,782.27; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**3,106.01**.

DATED: 3/1/2011                    By: TERRY NAFISI
                                   Clerk of the Court

                                   [signature]
                                   Deputy Clerk
                                   United States District Court

Page 5